# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Juanita Cooper, | ) | CV 10-8069-PCT-JAT |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER** |
| GC Services, LP, | ) | |
| Defendant(s). | ) | |

The Court having received notice that this case has settled (Doc. #7),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on July 30, 2010, with prejudice, and shall enter judgment accordingly, unless prior thereto a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all pending motions and stipulations are **DENIED**, as moot, without prejudice. All pending deadlines are vacated.

**IT IS FURTHER ORDERED** that any scheduled hearings and/or the trial date are **VACATED**.

DATED this 11th day of June, 2010.

James A. Teilborg
United States District Judge